UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,                                      CASE NO.: 6:23-cv-01373-ACC-DCI

vs.

BUFFALO-MAJOR BOULEVARD, LLC
a Foreign Limited Liability Company
d/b/a COMFORT SUITES

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, BUFFALO-MAJOR BOULEVARD, LLC, a Foreign Limited Liability Company, d/b/a COMFORT SUITES, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against BUFFALO-MAJOR BOULEVARD, LLC, a Foreign Limited Liability Company, d/b/a COMFORT SUITES; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED September 29, 2023.

| By: /s/ Gregory S. Sconzo | By: /s/ Brian C. Blair |
|---|---|
| Gregory S. Sconzo, Esq. | Brian C. Blair, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 973084 |
| Sconzo Law Office, P.A. | Primary Email: bblair@bakerlaw.com |
| 3825 PGA Boulevard, Suite 207 | Secondary Email: mrios@bakerlaw.com |
| Palm Beach Gardens, FL 33410 | orlbakerdocket@bakerlaw.com |
| Telephone: (561) 729-0940 | BAKER & HOSTETLER LLP |

1

| | |
|---|---|
| Facsimile: (561) 491-9459 | 200 S. Orange Ave., Suite 2300 |
| Email: greg@sconzolawoffice.com | Orlando, FL 32801 |
| Email: alexa@sconzolawoffice.com | Telephone: 407-649-4000 |
| Attorney for Plaintiff | Facsimile: 407-841-0168 |
| | Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

   **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**